UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-cv-24118-BB

WINDY LUCIUS,

    Plaintiff,

v.

SUSHI BY BOU GLOBAL, LLC.,
d/b/a Sushi by Bou,

    Defendant
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, WINDY LUCIUS, by and through the undersigned counsel, and pursuant to Rule 41(a), Fed. R. Civ. P., hereby gives notice that she voluntarily dismisses this action, with prejudice against Defendant, SUSHI BY BOU GLOBAL, LLC., d/b/a Sushi by Bou, and respectfully requests this Court to terminate the action.

Respectfully submitted on this February 24, 2023.

    By: */s/ J. Courtney Cunningham*
    J. Courtney Cunningham, Esq.
    FBN: 628166
    J. COURTNEY CUNNINGHAM, PLLC
    8950 SW 74th Court, Suite 2201
    Miami, Florida 33156
    T:  305-351-2014
    cc@cunninghampllc.com
    legal@cunninghampllc.com

Lucius v. Sushi by Bou Global LLC.  
Case No. 22-cv-24118-BB

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 24, 2023, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*  
J. Courtney Cunningham, Esq.  
FBN: 628166  
J. COURTNEY CUNNINGHAM, PLLC  
8950 SW 74th Court, Suite 2201  
Miami, Florida 33156  
T:  305-351-2014  
cc@cunninghampllc.com  
legal@cunninghampllc.com  

*Counsel for Plaintiff*
